IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.: 3:26-CV-00086-TES |
| LALLYMAY ROSE BURRELL, and ROBERT KEITH FREELAND, ADMINISTRATOR OF THE ESTATE OF DAVID RONALD FREELAND | ) | |
| Defendants | ) | |

ORDER

Considering the foregoing ~~Ex Parte~~ TES Motion for More Definitive Statement Pursuant to Fed. R. Civ. Pro. 12(e):

IT IS SO ORDERED that the motion be GRANTED and Plaintiff, Allstate Vehicle and Property Insurance Company be and is hereby ordered to supplement it's Complaint for Declaratory Judgment with Exhibits A, B, and C, identified in its Complaint.

MACON, GEORGIA this 3 day of ~~October~~ Nov, 2026

THE HON. TILMAN E. SELF
U.S. DISTRICT COURT JUDGE